REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 82 |
| | ) |
| LARRY WILMER, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about May 2, 2008, in the State and District of Delaware, LARRY WILMER, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is a Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of each respective offense, including but not limited to the following:

1. A Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019 and
2. magazine containing 14 9 mm Luger rounds of ammunition.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph S. Grubb
Special Assistant United States Attorney

Dated: May 27, 2008