UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )                                       | |
| Plaintiff                             ) | |
| )                                       | Cr. No. 08-82-GMS |
| v.                                    ) | |
| )                                       | |
| LARRY M. WILMER                       ) | |
| )                                       | |
| Defendant                             ) | |

### ORDER

This 5th day of JUNE, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before JUNE 19, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
    United States Attorney