UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-82-GMS |
| LARRY M. WILMER, | : | |
| Defendant. | : | |

DEFENDANT WILMER'S MOTION FOR DISCOVERY

AND NOW comes the defendant, Larry M. Wilmer, by his attorney Keir Bradford of the Federal Public Defender's Office, and pursuant to Rule 16(a)(1)(E)(i) of the Federal Rules of Criminal Procedure, files this Motion for Discovery.

1.	Defendant is charged with one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

2.	The firearm is identified in the indictment as "a Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019."

3.	The indictment charges that the firearm was possessed in the State and District of Delaware.

4.	An initial crime report, prepared by the Wilmington Police Department, alleges that the firearm had been stolen from the Elsmere Police Department.

5.	The Elsmere Police Department is located in the State and District of Delaware.

6. The Smith and Wesson Model 5946 handgun was first manufactured in the year 1990, and was discontinued in the year 1999.  S.P. Fjestad, <u>Blue Book of Gun Values, Twenty-Ninth Edition</u>, p. 1635 (Blue Book Publications, 2008).

7. In a prosecution for possession of a firearm by a convicted felon, the government has the burden of proving the element of "interstate commerce."

8. Specifically, 18 U.S.C. § 922(g)(1) makes it unlawful for a convicted felon to "possess in or affecting commerce, any firearm or ammunition."

9. Criminal Rule 16(a)(1)(E)(i) provides for the discovery of documents and data which are "material to preparing the defense."

10. In this case, defense counsel seeks to prepare a defense on the interstate commerce element, and intends to argue to the jury that there is reasonable doubt on this element.

11. To prepare a defense on the interstate commerce element, it is necessary to secure information regarding the history of the firearm identified in the indictment, to-wit, the Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019.

12. Defendant seeks three categories of discovery regarding the history of this firearm.

13. First, defendant seeks documents reflecting the date and place of manufacture.

14. Second, defendant seeks documents reflecting the dates on which the gun was transferred, and the names and locations of the transferors and transferees.

15. Third, defendant seeks documents reflecting the date on which the gun was stolen from and/or reported missing from the Elsmere Police Department.

16. Information regarding the history of the gun is available to the government through a document known as an "ATF Trace Report."

17.  As noted by the First Circuit, "[t]hese reports enable ATF agents to request the home office to trace the serial number on a firearm to the manufacturer. The ATF then requires the manufacturer to fill out a report detailing the gun's history, and submit it to the ATF." United States v. Corey, 207 F.3d 84, 91 n. 11 (1st Cir. 2000).

18.  In the event that an ATF Trace Report has not been prepared, the granting of this motion for discovery will assure that a copy of the trace report is provided to defense counsel when and if such a report is generated. See Criminal Rule 16(c)(2) (party has a continuing duty to disclose where court previously ordered production of discovery materials).

19.  It is requested that this Court order the government to provide defense counsel with copies of documents, including but not limited to ATF Trace Reports, reflecting three categories of information regarding the Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019:

  a.  the date and place the gun was manufactured;

  b.  the dates of transfer, the names and locations of the transferors, and the names and locations of the transferees; and

  c.  the date on which the gun was stolen from and/or reported missing from the Elsmere Police Department.

WHEREFORE, it is requested that Defendant's Motion for Discovery be GRANTED.

Respectfully submitted,

 /s/  *Keir Bradford*
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED: June 19, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-82-GMS |
| | : | |
| LARRY M. WILMER, | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER OF COURT</u>**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant Wilmer's Motion for Discovery, it is hereby ordered that the motion is GRANTED. The government is directed to provide defense counsel with copies of all documents, including but not limited to ATF Trace Reports, reflecting the following information regarding the Smith and Wesson 9 mm handgun, model 5946, serial number VCA3019:

a. the date and place the gun was manufactured;

b. the dates the gun was transferred, the names and locations of the transferors, and the names and locations of the transferees; and

c. the date on which the gun was stolen from and/or reported missing from the Elsmere Police Department.

By the Court,

_____
Honorable Gregory M. Sleet
Chief Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-82-GMS |
| | : | |
| LARRY M. WILMER, | : | |
| | : | |
| Defendant. | : | |

### DEFENSE COUNSEL'S CERTIFICATION UNDER
### LOCAL CRIMINAL RULE 5(d)(2)

1.  On Wednesday, June 18, 2008, defense counsel delivered a copy of Defendant's Motion for Discovery to the prosecutor, Joseph S. Grubb.

2.  On Thursday, June 19, 2008, defense counsel spoke by telephone with Mr. Grubb.

3.  In that conversation, Mr. Grubb agreed to voluntarily provide to defense counsel the three categories of documents identified in the Motion for Discovery.

Respectfully submitted,

  /s/  *Keir Bradford*
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 19, 2008