IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-82-GMS |
| LARRY WILMER, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Larry Wilmer, by his undersigned counsel, Keir Bradford, Assistant Federal Public Defender, hereby requests the Court to ask the following questions during voir dire of the jury panel, in addition to the Court's standard voir dire inquiry:

1. Do you know anything at all about the facts of this case? Have you heard anything about this case since you arrived at the courthouse?

2. Have you ever been a juror before? If yes, where, when, and in what type of case (civil or criminal)?

    (a) Were you able to reach a verdict?

    (b) If so, after the verdict, did anyone (including court personnel, attorneys, the judge, *et cetera*) say anything to you that called into question the correctness of the verdict?

3. Have you, or has anyone close to you, ever been the victim of a crime or participated in a criminal case as a complainant, witness for the government, or in some other capacity?

    If yes, please explain.

4. Have you, or has anyone close to you, ever been involved in law enforcement? If yes, please explain.

5. Do you believe that the testimony of law enforcement officers, because of their status as law enforcement officers should be given more weight than the average citizen? Why or why not?

6. The indictment is not evidence of any kind. It merely describes the charges against Mr. Wilmer. It is an accusation. You must not consider the indictment as any evidence of guilt nor should you draw any inferences of guilt from it. Does anyone have difficulty following this instruction?

7. Mr. Wilmer is presumed to be innocent of all charges. That presumption remains throughout the entire trial unless a jury unanimously finds Mr. Wilmer guilty beyond a reasonable doubt. Would anyone have difficulty following this instruction?

8. Do you have a problem accepting the notion that the burden of proof at all times lies with the government in a criminal case and that the accused has no burden to prove innocence?

9. Do you think that someone accused of a crime should present a defense?

10. Do you feel that criminal defendants have too many rights?

11. Mr. Wilmer is charged with Count I. Felon in Possession of a firearm.

Is there anything about the nature of these charges that would prevent you from being fair and impartial?

12. Do you have any attitudes or beliefs which you feel would make it difficult or you to give a fair trial to all sides in a matter in which the accusation involves an allegation of unlawful gun possession?

13. Are you or have you ever been a member of the National Rifle Association? If so, is there anything about that affiliation, that would prevent you from being a fair and impartial juror in this case?

14. Does the fact that this case has been brought in federal court instead of state court affect your ability to be fair and impartial in this case? Why or why not?

15. Do you know of any reason why you may be unable to be a fair and impartial juror in this case, based on the nature of the charges or otherwise?

Respectfully submitted,

/s/
KEIR BRADFORD
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Larry Wilmer

Dated: August 20, 2008