IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 08-82 GMS |
| | : |
| LARRY M. WILMER | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned defendant is RESCHEDULED, in chambers, to **Wednesday, September 3, 2008, at 2:15 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

August 26, 2008