**U.S. Department of Justice**



*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277 x
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*  *TTY (302) 573- 6274*
*Wilmington, Delaware 19899-2046*  *Toll Free (888) 293-8162*
*Joseph.Grubb@usdoj.gov*

August 29, 2008

**VIA CM/ECF**

Honorable Gregory M. Sleet.
Chief District Judge
J. Caleb Boggs Federal Building
844 King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

    Re:   **United States v. Larry Wilmer**
           **Criminal Action No.  08-CR-00082-GMS**

Dear Chief Judge Sleet:

The government may call the following witnesses at trial in the above captioned case.

1. Officer Daniel Burton, Wilmington Police Department ("WPD")

2. Officer Lindsey Hageman (WPD)

3. Cpl. Henry Law (WPD)

4. Special Agent Richard Young, Alcohol, Tobacco Firearms & Explosives ("ATF").

                        Respectfully Submitted,

                        COLM F. CONNOLLY
                        United States Attorney

                        By:/s/Joseph S. Grubb
                           Joseph S. Grubb
                           Special Assistant United States Attorney

cc:   Clerk/USDC
       Keir Bradford, Esquire, via CM/ECF